81,011-02

To The Honorable Justice of the Texas Court
of Criminal Appeals.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

Re: Bristow, Roy Durwood
   CCA No WR-81,011-02
Trial Court Case No. 2011F00150-a

I Received a Letter Dated march 24, 2015
From the office of Judge Bill miller
   The 5th District court of Cass County.
   This is a copy of the Letter sent to the
Appeals court.

   The 5th Judicial District Court Is Requesting
An extension of time to comply with the Courts
Remand for determination of additional Facts.

   The Remand order was Filed June 4 2014
   The Remand order clearly States The Issues
shall be Resolved within 90 Days of that order.
   A supplemental transcript Containing All Affidavits
and Interrogatories or the transcription of the
courts Reporters Notes From any Hearing or
deposition Along with the trial Courts supplemental
Findings of Fact and Conclusions of Law shall be
Forwarded to this Court within 120 Days of the
date of this order.   Any extensions of time shall
be obtained From this Court.

   This Remand order was Sent by the Texas Court
of Criminal Appeals Clerk. mr. Abel Acosta

ON June 4 2014 To the Presiding Judge of the 5th District Court, Cass County.

Now March 24 2015 9 months Later without any Responce From the 5th District Court of Cass County They Request an extension of time to comply with the Courts Remand For determination of Additional Facts.

The Letter Also insinuates That Judge Burgess Judge Bill Miller The District Clerk and the District Attorney Have No Recollection of this Remand order Sent June 4 2014

I Find this EXTREMELY difficult to believe and Question the Integrity and Honesty of the 5th District Court of Cass County.

ON October 7 2013 I went to court IN Cass County and Signed a plea - Agreement Awarding me credit From a Specified Date 9-2-11

I was ~~incarcerated~~ incarcerated on this Date and Have Continued to be incarcerated.

IVE sent a copy of the plea - Agreement to this court.

It clearly Defines and Specifys that I will Received credit For all time Served Since 9-2-11

They have breach this agreement by not awarding me this credit.

I ask that this court not grant an extension of time and order cass county to comply with the plea agreement.

I am being deprived of my liberty and freedom because once this credit is calculated towards my sentence I will be given the opportunity to make parole.

I pray this court will stop the procrastinating methods used by the 5th District court of cass county.

Respectfully Submitted

Roy Dunwood Bristow
T.D.C.J. # 1894817
Choice Moore
1700 Fm. 87
Bonham, Texas
75418